GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Philip R. Sellinger
Aaron Van Nostrand
Ph:  (973) 360-7900
Attorneys for Defendants
Global Tel*Link Corporation
and DSI-ITI LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBIE JAMES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL TEL*LINK CORPORATION, INMATE TELEPHONE SERVICE and DSI-ITI LLC, <br><br> Defendants. | 13 Civ. 4989 (WJM) (MF) <br><br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, on December 16, 2013, defendants Global Tel*Link Corporation and DSI-ITI LLC ("Moving Defendants") shall move before the Honorable William J. Martini at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Courtroom 4B, Newark, New Jersey 07101, for an Order,

pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint in its entirety with prejudice.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Moving Defendants will rely upon the brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 78.1(b), Moving Defendants request oral argument on this motion.

GREENBERG TRAURIG LLP

/s/ Philip R. Sellinger
Philip R. Sellinger
Aaron Van Nostrand
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

*Attorneys for Defendants*
*Global Tel\*Link Corporation and*
*DSI-ITI LLC*

Dated:  November 22, 2013