# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBIE JAMES, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION, INMATE TELEPHONE SERVICE, and DSI-ITI LLC,<br><br>Defendants. | Civil Action No. 13-4989 (WJM)(MF) |

## SCHEDULING ORDER

WHEREAS on April 6, 2017, the parties participated in a telephonic conference with the Court during which the Court ordered the parties to meet and confer concerning and submit a scheduling order.

WHEREAS the parties have met and conferred and consent to the entry of this order.

IT IS ON THIS _17_ day of May, 2017,

**ORDERED** that:

1. Defendants shall produce the following information on or before June 7, 2017:

   a. Documents reflecting revenues collected by GTL for Ancillary Charges, and all expenses associated with generating or collecting such Ancillary Charges for New Jersey facilities from 2007 to the present.

   b. Revenue and expense data from Essex County for the period 2007-2010 or a declaration setting form why that data is not available.

    c. Documents reflecting the per-transaction amount GTL paid for credit card processing fees or a declaration setting forth those amounts from 2007 to the present.

    d. Documents reflecting the billing rates that GTL paid for calling time or a declaration setting forth those rates from 2007 to the present.

2. Defendant shall respond to and produce the documents requested by Plaintiff's Second Request for Production dated March 31, 2016 no later than June 7, 2017.

3. No later than May 26, 2017, Plaintiffs shall provide dates of their availability for depositions.

4. All fact discovery shall be completed by July 14, 2017.

5. GTL may seek leave to file its proposed motion for judgment on the pleadings after the close of fact discovery.

6. Affirmative expert reports shall be served by July 31, 2017.

7. Responsive expert reports shall be served by September 14, 2017.

8. Rebuttal expert reports shall be served no later than October 6, 2017. The subject matter of any rebuttal expert reports should be limited to contradict or rebut evidence on the same subject matter identified in responsive expert reports.

9. Depositions of experts shall be completed by November 10, 2017.

10. Plaintiffs shall file their motion for class certification by November 17, 2017.

11. Defendants shall file their opposition to Plaintiffs' motion for class certification by December 20, 2017.

12. Plaintiffs shall file their reply on their motion for class certification by January 12, 2018.

13. ~~Dispositive motions may be filed at any time after the completion of expert discovery.~~ ✱

_____
MARK FALK, U.S.M.J.

AGREED TO:

/s/ Aaron Van Nostrand
Aaron Van Nostrand
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
*Attorneys for Defendants*

/s/ Lindsey H. Taylor
Lindsey Taylor
Carella, Byrne, Cecchi, Olstein, Brody & Agnello
5 Becker Farm Road
Roseland, New Jersey 07068
*Attorneys for Plaintiffs*

✱ There shall be a telephone conference before the undersigned on June 21, 2017 at 3:30 p.m.

SO ORDERED

_____
MARK FALK, U.S.M.J.

5/17/17