UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBIE JAMES, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION, INMATE TELEPHONE SERVICE, and DSI-ITI LLC,<br><br>Defendants. | Civil Action No. 13-4989 (WJM)(MF)<br><br>**SCHEDULING ORDER** |

WHEREAS on June 30, 2017, the parties participated in a telephonic conference with the Court during which the parties and the Court discussed revising the existing submit a scheduling order.

WHEREAS the parties have met and conferred and consent to the entry of this order, and good cause appearing.

IT IS ON THIS **20** day of July, 2017,

**ORDERED** that:

1. All fact discovery shall be completed by August 25, 2017.

2. Affirmative expert reports shall be served by September 8, 2017.

3. Responsive expert reports shall be served by October 20, 2017.

4. Rebuttal expert reports shall be served no later than November 3, 2017. The subject matter of any rebuttal expert reports should be limited to contradict or rebut evidence on the same subject matter identified in responsive expert reports.

5. Depositions of experts shall be completed by December 1, 2017.

6. Plaintiffs shall file their motion for class certification by December 15, 2017.

7. Defendants shall file their opposition to Plaintiffs' motion for class certification by January 19, 2018.

8. Plaintiffs shall file their reply on their motion for class certification by February 9, 2018.

_____
MARK FALK, U.S.M.J.