UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                                **DATE:** 10/22/19

Court Reporter:

Court Clerk: Gail Hansen

Other:

**TITLE OF CASE:**                                          2:13-cv-4989

Bobbie James, et al

v. Global Tel*Link Corporation, et al

**Appearances:**

Justin Waldor, Lindsay Taylor, James Plaistead, Counsel for Plaintiffs

Aaron Van Nostrand, Philip Sellinger, Derek Hoe, Counsel for Defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

                                        Gail A. Hansen, Deputy

Time Commenced: 11:00 a.m.
Time Concluded: 11:40 a.m.

Total Time: 40 minutes