

Philip R. Sellinger
Tel. (973) 360-7910
Fax. (973) 301-8410
sellingerp@gtlaw.com

October 24, 2019

**VIA ECF**

Hon. William J. Martini, U.S.D.J.
United States District Court
for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    *James v. Global Tel\*Link Corp.*
                   Civil Action No. 2:13-4989 (WJM) (MF)

Dear Judge Martini:

      As you know, we represent Defendants Global Tel\*Link Corporation and DSI-ITI, Inc. (collectively "GTL") in this matter and write concerning the December 10, 2019 settlement conference set by the Court (D.E. 202). We have conferred with counsel for Plaintiffs and respectfully request that the settlement conference be adjourned to January 7, 8 or 9, 2020.

      The reason for this requested adjournment is twofold. First, we have a conflict on December 10. Second, we believe the parties could take maximum advantage of the Court's assistance in early January after using the month of December to continue to work directly with each other to try to resolve the case or, at a minimum, to narrow the issues as to which the Court's assistance would be most beneficial. Plaintiffs consent to this adjournment and are available on the proposed dates.

      We appreciate Your Honor's consideration of these issues.

                                                 Respectfully submitted,

                                                 /s/ *Philip R. Sellinger*
                                                 Philip R. Sellinger

cc: All counsel of record (via ECF)